FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 JUN 10 PM 2:43

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )  4:04CR-3097-2 |
| | ) |
| v. | ) |
| | )  ORDER |
| ESEQUIEL QUINONEZ-BOJORQUES, | ) |
| | ) |
| Defendant. | ) |

This matter comes before the Court on plaintiff's Motion Regarding Attorney Conflict and Request to Seal, filing ____. The Court, being advised of the premises, finds that said request to seal should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file plaintiff's motion under seal.

Dated this 10th day of June, 2005.

BY THE COURT:

DAVID L. PIESTER
United States Magistrate Judge