IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3097 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| ESEQUIEL QUINONEZ-BOJORQUES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

    On June 15, 2005, I held a telephone conference status call with Peter Priamos, Korey Reiman, and Jan Lipovsky regarding sealed filing 60. Mr. Priamos acknowledged that he has a conflict of interest and would be immediately filing a motion to withdraw in this case. Ms. Lipovsky advised that she wished the defendant would be questioned at the time of sentencing to ensure that the defendant wished to proceed with the plea agreement while being represented solely by Mr. Reiman. I indicated that I would be pleased to conduct such an inquiry. Accordingly,

    IT IS ORDERED that Mr. Priamos is directed to file a motion to withdraw as soon as possible and this matter will proceed to sentencing with Mr. Reiman as sole defense counsel. The sealed motion 60 is granted as provided herein.

    DATED this 15th day of June, 2005.

                                                      BY THE COURT:

                                                      s/ Richard G. Kopf
                                                      United States District Judge