IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 JUL -7  AM 10: 30

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | Case Number:4:04CR-3097-2 |
| ) | |
| ESEQUIEL QUINONEZ-BOJORQUES, ) | ) |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on Defendants Request to File Motion Under Seal, filing ___. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED, pursuant to NECrim.R 49.3© and (d), the Clerk shall file the defendant's Motion to Withdraw and Declaration under seal.

*[signature]*
The Honorable David L. Piester
United States Magistrate Judge

Order Prepared by:

Korey L. Reiman, #21773
650 J Street, Suite 400
Lincoln NE 68508