IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 JUL -7 AM 10: 30

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>ESEQUIEL QUINONEZ-BOJORQUES,<br><br>         Defendant. | 4:04CR3097-2<br><br>ORDER |

IT IS ORDERED:

The motion of Peter N. Priamos, filing ____, to withdraw as co-counsel for defendant Quinonez-Bojorques is granted.

DATED this 6th day of July, 2005.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge